# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KICC-ALCAN GENERAL, JOINT VENTURE, an Alaskan joint venture,<br><br>Plaintiff,<br><br>v.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:15-cv-255-SLG |

## ORDER RE JOINT MOTION

Upon consideration of the parties' Joint Motion for Entry of Stipulated Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docket 56), the Court hereby GRANTS the motion.

IT IS ORDERED that the stipulated dismissal is APPROVED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be dismissed with prejudice, and that each party shall bear its own costs and fees incurred in this action.

IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for June 8, 2018 and Trial by Jury scheduled to commence on June 18, 2018 are VACATED along with any associated deadlines.

DATED this 27th day of September, 2017 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE